# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| VINYL KRAFT ACQUISITIONS, LLC, | : | CASE NO.: 1:22-cv-00271-MRB |
| | : | |
| | : | JUDGE MICHAEL R. BARRETT |
| Plaintiff, | : | MAGISTRATE JUDGE KAREN L. LITKOVITS |
| v. | : | |
| RHI, INC. | : | |
| Defendant. | : | |

## ENTRY GRANTING PLAINTIFF'S MOTION TO STRIKE AND/OR SUBSTITUTE

This cause came before this Court upon Plaintiff Vinyl Kraft Acquisitions, LLC's Motion to Strike and/or Substitute First Amended Complaint. Upon consideration thereof, and for good cause shown, this Court finds that confidential information was inadvertently filed, and therefore, the filed First Amended Complaint will be sealed and Vinyl Kraft Acquisitions, LLC's First Amended Complaint may be substituted. RHI, Inc. Plaintiff motion is granted.

**IT IS SO ORDERED.**

_____
Karen L. Litkovitz
United States Magistrate Judge

Submitted by:

*/s/ Michelle M. Thompson*
Michelle M. Thompson (0096006)
Perez & Morris LLC
mthompson@perez-morris.com
8000 Ravine's Edge Court, Suite 300
Columbus, Ohio 43235
Phone: (614) 431-1500
Facsimile: (614) 431-3885
*Attorney for Plaintiff Vinyl Kraft Acquisitions, LLC*

1